# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| REUBEN J. TRENIDAD,<br>*Plaintiff*<br>v.<br>FRANKLIN COUNTY JAIL, ET AL.,<br>*Defendant* | Civil Action No.  2:14-CV-0171-TOR |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:  Plaintiff's complaint is DISMISSED WITHOUT PREJUDICE for want of prosecution and failure to obey the Court's previous order.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  THOMAS O. RICE  upon Plaintiff's failure to amend his complaint pursuant to the Court's previous order.

Date:  December 16, 2014

CLERK OF COURT

SEAN F. McAVOY

s/ Linda L. Hansen
*(By) Deputy Clerk*

Linda L. Hansen